IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>DARWIN PEROSO-BIGAY,<br>Defendant. | INFORMATION<br><br>Criminal No. 25-493 (MAJ)<br><br>Violations:<br>18 U.S.C. § 111(a)<br><br>ONE COUNT |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
Resisting and Impeding Certain Officers
(18 U.S.C. § 111)

On or about November 15, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

DARWIN PEROSO-BIGAY,

did forcibly resist, and impede a person designated in 18 U.S.C. § 1114, to wit: P.R.A., an HSI Special Agent, who was engaged in official duties. All in violation of 18 U.S.C. §§ 111(a)(1).

W. STEPHEN MULDROW
United States Attorney

Jeanette Collazo-Ortiz
Assistant United States Attorney
Deputy Chief, Violent Crimes Division

Pedro R. Casablanca
Assistant United States Attorney
Violent Crimes Division