# Memorandum



**25-cr-493-MAJ**

| Subject | Date |
|---|---|
| Filing of Misdemeanor Information<br>DARWIN PEROSO-BIGAY | November 23, 2025 |
| **To:**<br><br>Ada I. García-Rivera, Esq.<br>Clerk of the Court<br>c/s Gizelle Rivera<br>Operations Manager | **From:**<br><br>Pedro Casablanca<br>Assistant United States Attorney |

Attached hereto please find a misdemeanor Information for filing.

This is related to US v. Darwin Peroso-Bigay, 25-mj-001052 which has a bail hearing set for Monday November 22, 2025 at 10:30am before Magistrate Judge Marcos E. López.

The parties have reached an agreement for Defendant to plead guilty to this Information and have the change of plea hearing and the sentencing hearing held together on Monday November 22, 2025, if possible.

The parties respectfully request that the matter be referred to Magistrate Judge Marcos Lopez for that purpose.

c. Samuel Carrión, Esq.